No. 91–6350.  WHITE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–6369.  WILSON *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 91–6393.  INGRAM *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 91–6399.  WILLIAMS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–6408.  BATES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–6450.  WEEKS *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.